**U.S. Department of Justice**

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 09/22/2026

The briefing deadlines are adjourned as set forth. The status conference scheduled for October 8, 2026 is hereby adjourned to October 23, 2026 at 11:00 AM. The adjournment is necessary to permit the Government and the remaining defendant to continue to discuss a pre-trial disposition of this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between October 8, 2026 and October 23, 2026 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

**BY ECF**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

**Re: *United States v. Carey, et al.*, S1 25 Cr. 23 (VSB)**

Dear Judge Broderick,

With the consent of defense counsel for Norma Melendez, the Government respectfully requests an adjournment of the briefing and conference schedule in the above-captioned matter. The Government's response to the pending motion to dismiss (*see* ECF No. 88) is currently due today, September 21, 2026, with the defendant's reply due September 28, 2026. A conference is scheduled for October 8, 2026. The Government has extended a plea offer to Ms. Melendez, which, if accepted, would moot the motion to dismiss. Accordingly, the Government respectfully requests to adjourn the briefing schedule to permit the Government to file its opposition by October 9, 2026 and the defendant to file a reply by October 16, 2026. The Government proposes scheduling a conference, if necessary, on a date after the motion is fully briefed.

Furthermore, in the interests of justice, the Government respectfully requests that time under the Speed Trial Act be excluded until the next scheduled conference. *See* 18 U.S.C. § 3161(h)(7)(A). Such exclusion will permit the Government and remaining defendant(s) to continue to discuss pre-trial disposition.

Respectfully,

JAMES M. MCDONALD
United States Attorney

By: /s/
Courtney L. Heavey / Ni Qian / Christy Slavik
Assistant United States Attorneys
(212) 637-2413 / -2364 / -1113

cc: Counsel of Record (by ECF)